# THE PLAIN DEALER
OHIO'S LARGEST NEWSPAPER

Oct. 13, 2014

RECEIVED

2014 OCT 16 PM 3: 11

CHAMBERS OF JUDGE SARA LIOI
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

U.S. District Judge Sara Lioi
John F. Seiberling Federal Building
Two South Main Street, Room 526
Akron, OH  44308-1813

Dear Judge Lioi:

This is a request under the Freedom of Information Act.

I request copies of all previously unreleased evidentiary materials admitted at the trial of James Dimora. My request includes audio and video recordings, photographs and written materials, including transcripts of wire tapped conversations.

I am a reporter for The Plain Dealer newspaper and covered the trial in 2012. I also received the materials in the initial release of evidence. Now that Mr. Dimora's appeals have been exhausted, all of the remaining evidence should become public, with the exception of those materials redacted by the U.S. Attorney's Office.

Please let me know if there is anything else I need to do to receive these documents, photos, recordings, etc.

Thank you for your consideration of this request.

Sincerely,

*James F. McCarty*

James F. McCarty
The Plain Dealer
Skylight Office Tower, 1660 W. 2nd St., Suite 200
Cleveland, OH  44113
216-870-0304