**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES C. DIMORA,** | ) | |
| | ) | **JUDGE SARA LIOI** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL CASE NO. 1:10CR387-01** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CIVIL CASE NO. 1:17CV1288** |
| **Respondent.** | ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Under Local Civil Rule 83.9 and Local Criminal Rule 57.21, Philip S. Kushner of the law firm of Kushner, Hamed & Grostic Co., LPA, appears on behalf of petitioner James C. Dimora and substitutes as attorney of record for Christian J. Grostic, also of the law firm of Kushner, Hamed & Grostic Co., LPA. Mr. Grostic will be joining the Office of the Federal Public Defender for the Northern District of Ohio, which precludes the private practice of law.

Respectfully submitted,

 /s/ Philip S. Kushner
Philip S. Kushner (0043858)
Kushner, Hamed & Grostic Co., LPA
One Cleveland Center
1375 East Ninth Street, Suite 1930
Cleveland, OH 44114
Telephone:    216.696.6700
Facsimile:    216.696.6772
E-mail:        pkushner@kushnerhamed.com

*Counsel for Petitioner James C. Dimora*

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Notice of Appearance and Substitution of Counsel* was filed electronically this 1st day of February, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ Philip S. Kushner
*Counsel for Petitioner James C. Dimora*