# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES C. DIMORA, | ) | CASE NO. 1:10CR387 |
| | ) | (CASE NO. 1:17-cv-1288) |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| RESPONDENT. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion, the motion of defendant James C. Dimora to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255, is **DENIED**.

**IT IS SO ORDERED**.

Dated: October 22, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**