# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES C. DIMORA, | ) |
| | ) JUDGE SARA LIOI |
| Petitioner, | ) |
| | ) |
| v. | ) CRIMINAL CASE NO. 1:10CR387-01 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) CIVIL CASE NO. 1:17CV1288 |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that James C. Dimora, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order denying petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1197), entered in this action on October 22, 2018.

    Respectfully submitted,

    */s/ Philip S. Kushner*
    Philip S. Kushner (0043858)
    Michael R. Hamed (0069092)
    Kushner & Hamed Co., LPA
    1375 East Ninth Street, Ste 1930
    Cleveland, OH 44114
    216-696-6700/ 216-696-6772 (Fax)
    pkushner@kushnerhamed.com
    mhamed@kushnerhamed.com
    *Counsel for Petitioner James C. Dimora*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Appeal* was filed electronically this 19th day of December, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       */s/ Philip S. Kushner*
       *Counsel for Petitioner James C. Dimora*