**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **JUDGE SARA LIOI** |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 1:10-CR-387-1** |
| | ) **(CASE NO. 1:17-CV-1288)** |
| **JAMES DIMORA,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that James C. Dimora hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 8th day of June, 2022.

DATED: June 20, 2022

*/s/ Philip S. Kushner*
Philip S. Kushner (0043858)
KUSHNER & HAMED CO., LPA
1375 East Ninth Street, Suite 1930
Cleveland, Ohio 44114
Phone: (216) 696-6700
Fax:    (216) 696-6772
pkushner@kushnerhamed.com

*Counsel for Defendant James Dimora*

## CERTIFICATE OF SERVICE

A copy of the foregoing *James Dimora's Sentencing Memorandum* was served on opposing counsel this 20th day of June, 2022, by means of the Court's electronic filing system.

*/s/ Philip S. Kushner*

*Counsel for Defendant James Dimora*